# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| ANN MARIE PULEIO, | SUPERIOR COURT OF NEW JERSEY-MIDDLESEX COUNTY |
| Plaintiff, | |
| | NO.: MID-L-6140-08 |
| v. | |
| AGUSTIN E. COTO, J & A TRUCKING U.S.A., INC., AND ANA MERCEDES ORTIZ | NOTICE OF REMOVAL |
| Defendants. | |

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

ON NOTICE TO:

Edward P. Shamy, Jr., Esquire
2300 Route 27
North Brunswick, NJ 08902
Tel: 732-821-0400

PLEASE TAKE NOTICE that Defendants Agustin E. Coto and J & A Trucking U.S.A, Inc. ("defendants") hereby remove the above titled action from the Superior Court of New Jersey, Law Division, Middlesex County, New Jersey to the United States District Court for the District of New Jersey, Newark Vicinage, pursuant to 28 U.S.C. §§1332, 1441 and 1446. In support of this Notice of Removal defendants state as follows:

1. On or about July 25, 2008, plaintiff Ann Marie Puleio ("plaintiff") filed a civil action in the New Jersey Superior Court, Law Division, Middlesex County, New Jersey. A true and correct copy of the Complaint as received is attached hereto without incorporation herein as Exhibit "A."

2. The Complaint alleges that defendant Agustin E. Coto operated a tractor-trailer negligently and carelessly causing a motor vehicle accident that resulted in plaintiff's serious bodily injury. See Exhibit "A."

3. Due to the serious allegations contained in the Complaint, it is believed and therefore averred the amount in controversy is in excess of $75,000, exclusive of interest and costs. See Exhibit "A."

4. Plaintiff is a resident of the State of New Jersey, residing at 810 North Oaks Boulevard, North Brunswick, New Jersey. See Exhibit "A."

5. Defendant Agustin E. Coto is a citizen and resident of the state of Florida, residing at 12343 S.W. 110 South Canal Street, Miami, Florida 33186.

6. Defendant J & A Trucking, U.S.A., Inc., is a Miami corporation with its principle place of business located at 15182 S.W. 171st Street, Miami, Florida 33187.

7. It is believed and therefore averred that defendant Ana Mercedes Ortiz is a citizen and resident of the state of Florida residing at 15182 S.W. 171st Street, Miami, Florida 33187.

8. Therefore, there is complete diversity between plaintiff and defendants and thus jurisdiction is appropriate.

9. It is believed that defendants Ana Mercedes Ortiz and Agustin E. Coto received a copy of the Complaint via First Class Mail on or after August 18, 2008 by virtue of a Civil Summons provided by plaintiff's counsel. See Exhibit "B."

10. However, defendant J & A Trucking U.S.A., Inc. has not been properly served a copy of the Complaint and proof of same has not been provided thus removal is being filed within thirty (30) days of the date upon which defendants first had notice of this action and is therefore timely filed pursuant to 28 U.S.C. §1446(b), as amended; See Murphy Bros., Inc. v.

1065313

Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999).

11. Upon information and belief defendant Ana Mercedes Ortiz consents to the removal of this matter and consent for removal will be filed shortly.

12. Defendants, by and through their undersigned counsel, consent to the removal of this action from the State Court to the Federal Court.

13. The United States District Court for the District of New Jersey has original jurisdiction over this action pursuant to 28 USC §1332 because it arises between citizens of different states and the amount in controversy is in excess of $75,000 exclusive of interest and costs.

14. The action is removable by defendants pursuant to 28 USC §1441(a) because the District Courts of the United States have original jurisdiction.

15. The undersigned counsel confirms that he has executed this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure on behalf of his clients.

16. As required by 28 USC §1446(d), defendants will promptly serve upon Plaintiffs' counsel and file with the Clerk of Court for the Superior Court of New Jersey, Law Division, Middlesex County, a true and correct copy of this Notice.

17. There are no other specifically identified defendants named in plaintiff's Complaint. See Exhibit "A."

18. By removing this action to this Court, defendants do not waive any defenses available to them in State or Federal Court.

WHEREFORE, defendants Augstin E. Coto and J & A Trucking U.S.A., Inc., pray that the within matter, now pending against them in the Superior Court of New Jersey, Law Division,

1065313

Middlesex County, be removed therefrom to the United States District Court for the District of New Jersey, Newark Vicinage.

**Segal McCambridge Singer & Mahoney, Ltd.**

By: _____
Walter H. Swayze, III, Esquire (PSwayze)
Theodore C. Flowers, Esquire (TFlowers)
Attorneys for Defendants, Augstin E. Coto
and J & A Trucking U.S.A., Inc.

Date:   September 4, 2008.

1065313

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| ANN MARIE PULEIO, | SUPERIOR COURT OF NEW JERSEY- MIDDLESEX COUNTY |
| Plaintiff, | |
| v. | NO.: MID-L-6140-08 |
| AGUSTIN E. COTO, J & A TRUCKING U.S.A., INC., AND ANA MERCEDES ORTIZ | **CERTIFICATE OF SERVICE** |
| Defendants. | |

It is hereby certified that a true and correct copy of the foregoing Notice of Removal was served via first class mail upon the following counsel on the date indicated below:

Edward P. Shamy, Jr., Esquire
2300 Route 27
North Brunswick, NJ 08902
Tel: 732-821-0400
*Attorney for Plaintiffs*

By: _____
Walter H. Swayze, III, Esquire (PSwayze)
Theodore C. Flowers, Esquire (TFlowers)
Attorneys for Defendants, Augstin E. Coto
and J & A Trucking U.S.A., Inc.

Date:   September 4, 2008

# EXHIBIT "A"

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for Initial Law Division – Civil Part pleadings (not motions) under Rule 4:5-1.
Pleadings will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.

| FOR USE BY CLERK'S OFFICE ONLY |
|---|
| PAYMENT TYPE: CK  CG  CA |
| CHG/CK NO. |
| AMOUNT: |
| FILED & RECEIVED #2 OVERPAYMENT |
| 2008 JUL 25 A 9:43 |
| COUNTY OF VENUE MIDDLESEX |
| CIVIL MIDDLESEX OFFICE COUNTY |

**ATTORNEY NAME**
EDWARD P. SHAMY, JR., ESQ.

**TELEPHONE NUMBER**
732-821-0400

**FIRM NAME** (If applicable)

**DOCKET NUMBER** (When available)
MID-L-6140-08

**OFFICE ADDRESS**
2300 Route 27
North Brunswick, NJ 08902

**DOCUMENT TYPE** COMPLAINT

**JURY DEMAND**  [X] YES   [ ] NO

**NAME OF PARTY** (e.g. John Doe, Plaintiff)
Ann Marie Pulelo

**CAPTION** AGUSTINE E. COTO, J & A TRUCKING USA, INC., AND ANA MERCEDES ORTIZ

**CASE TYPE NUMBER**
605

IS THIS A PROFESSIONAL MALPRACTICE CASE  [ ] YES [X] NO
IF YOU HAVE CHECKED "YES" SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT

**RELATED CASES PENDING?**  [ ] Yes [X] No
IF YES, LIST DOCKET NUMBERS

**DO YOU ANTICIPATE ADDING ANY PARTIES** (arising out of same transaction or occurrence)?  [ ] Yes [X] No

**NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY IF KNOWN**
[ ] NONE  [X] UNKNOWN

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

A. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP  [ ] Yes [X] No
IF YES, IS THAT RELATIONSHIP  [ ] EMPLOYER-EMPLOYEE  [ ] FRIEND/NEIGHBOR  [ ] OTHER (explain)
[ ] FAMILIAL  [ ] BUSINESS

B. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT FO FEES BY THE LOSING PARTY?  [ ] Yes [X] No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION.

DO YOU OR YOUR CLIENT HAVE ANY NEEDS UNDER THE AMERICANS WITH DISABILITIES ACT?  [ ] Yes [X] No  IF YES, PLEASE IDENTIFY:

WILL AN INTERPRETER BE NEEDED  [ ] Yes [X] No  IF YES, FOR WHAT LANGUAGE:

**ATTORNEY SIGNATURE** /s/ Edward P. Shamy

SIDE 2

CIVIL CASE INFORMATION STATEMENT (CIS)
Use for Initial pleadings (not motions) under Rule 4:5-1

CASE TYPES (Choose one and enter number of cases type in appropriate space on reverse side.

SMO-Jax Received fax on 8/20/2008 4:29:14 PM [Eastern Daylight Time] from

EDWARD P. SHAMY, JR., ESQ.
2300 ROUTE 27
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 821-0400
Attorney for the Plaintiff

| | |
|---|---|
| ANN MARIE PULEIO<br><br>Plaintiff,<br><br>vs.<br><br>AGUSTIN E. COTO, J & A TRUCKING U.S.A., INC., AND ANA MERCEDES ORTIZ,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MIDDLESEX COUNTY<br><br>DOCKET NO: MID-L-6140-08<br><br>CIVIL ACTION<br><br>SUMMONS |

From the State of New Jersey, To the Defendant(s) Named Above: Ana Mercedes Ortiz, 15182 SW 171St., Miami, Florida 33187

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN 971, Trenton, NJ 08625. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 for Law Division and $110.00 for Chancery Division and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgement against you for the relief plaintiff demands, plus interest and costs of suit. If judgement is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgement.

    If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Date: August 1, 2008

                                   <u>Christina Higgins</u>
                                   Christina Higgins, Acting
                                   Clerk of the Superior Court

Name of defendant to be served: Ana Mercedes Ortiz, 15182 SW 171st St., Miami, Florida 33187

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
Case Processing Section, Room 119
Justice Center, 10 Main Street
Hackensack, NJ 07601-7691
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility, North Broad Street, Box 120
49 Rancocas Rd.
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth St.
Camden, NJ 08103
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building
465 Dr. Martin Luther King, Jr., Blvd.
Newark, New Jersey 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
CMI Case Management Office
Attn: Intake
First Fl., Court House
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Superior Court, Civil Records Dept.
Deputy Clerk of the Superior Court
Civil Division
Brennan Court House—1st Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(973) 735-2611
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08602
LAWYER REFERRAL
(609) 735-2611
LEGAL SERVICES
(609) 782-7979

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Floor
P.O. Box 3000
77 Hamilton St.
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(908) 475-2010

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad St., P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 595-5249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park
P.O. Box 1262
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
Paterson, NJ 07509
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 383-7400

Case 3:08-cv-04436-AET-DEA   Document 1   Filed 09/04/08   Page 10 of 14 PageID: 10

EDWARD P. SHAMY, JR., ESQ.
2300 ROUTE 27
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 821-0400
*Attorney for Plaintiff(s)*

FILED & RECEIVED #2

2008 JUL 25  A 9:43

CIVIL          OFFICE
MIDDLESEX COUNTY

ANN MARIE PULEIO,

    Plaintiff,

vs.

AGUSTIN E. COTO, J&A TRUCKING U.S.A., INC., AND ANA MERCEDES ORTIZ,

    Defendants.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
MIDDLESEX COUNTY

DOCKET NO. MID-L-6140-08

CIVIL ACTION

COMPLAINT AND JURY DEMAND

The plaintiff, Ann Marie Puleio, residing at 810 North Oaks Boulevard, in the Township of North Brunswick, County of Middlesex, State of New Jersey, complaining of the defendants says:

## FIRST COUNT

1.     On or about the 22nd day of April, 2007, the plaintiff, Ann Marie Puleio, was the operator of a motor vehicle which was traveling northbound on the New Jersey Turnpike at Mansfield Township, Burlington County and State of New Jersey.

2.     At the time and place aforesaid, the defendants, J&A Trucking and Ana Mercedes Ortiz were the owners of a motor vehicle being operated by its agent, servant and/or employee, defendant, Agustin E. Coto, which motor vehicle which was traveling northbound on the New Jersey Turnpike, at Mansfield Township, Burlington County and State of New Jersey.

3.     The defendants, Agustin E. Coto, J&A Trucking USA, Inc. and Ana Mercedes Ortiz, were negligent in their ownership and operation of the respective vehicle as a result of which defendant driver, Agustin E. Coto struck the vehicle of the plaintiff.

SMO-Jax Received fax on 8/20/2008 4:29:14 PM [Eastern Daylight Time] from

5.  As a direct and proximate result of the negligence of the defendants herein, the plaintiff, Ann Marie Puleio, sustained severe personal injuries, has and will suffer pain, has and will incur medical expenses, and has and will be unable to engage in her usual activities, all to her damage, and has sustained bodily injury of such nature and degree to satisfy the threshold pre-requisites of N.J.S.A. 39:6A-8 et seq.

WHEREFORE, the plaintiff, Ann Marie Puleio, demands judgment against the defendants, for damages, interest, and costs of suit.

## DESIGNATION OF TRIAL COUNSEL PURSUANT TO R.4:25-4

Pursuant to R.4:25-4, we do hereby designate Edward P. Shamy, Jr., Esq. as trial counsel in this matter.

## DEMAND FOR TRIAL BY JURY

Please take notice that the plaintiff demands a trial by jury pursuant to R.4:35-1. Please take further notice that the provisions of the New Jersey Automobile Reparation Reform Act have been met.

## CERTIFICATION PURSUANT TO R. 4:5-1

I hereby certify that the matter in controversy is not the subject of any other action pending in any other court or of a pending Arbitration proceeding, and that no other action or Arbitration proceeding is presently contemplated. I hereby further certify that there are no other parties that are presently known who should be joined in this action.

/s/ EDWARD P. SHAMY, JR., ESQ.

DATED: July 22, 2008

# EXHIBIT

# "B"




# New Jersey
## Motor Vehicle Commission

P.O. Box 007
Trenton, New Jersey 08646-007

**STATE OF NEW JERSEY**

Jon S. Corzine
Governor

Sharon A. Harrington
Chief Administrator

Date: August 18, 2008

File No: 213031

Ana Mercedes Oritiz
15182 S.W. 171st
Miami, FL. 33187

Re: MID-L-6140-08
Ann Marie Puleio
vs
Ana Mercedes Oritiz, J & A Trucking USA Inc. & Agustin E. Coto

Dear Sir/Madam:

State Motor Vehicle law (N.J.S.A. 39:7-1 et seq.) makes the Director of Motor Vehicle Services the agent for service of process on non-residents who were involved in a motor vehicle accident or collision in New Jersey. As authorized by the Chief Administrator, I have enclosed copies of a summons and complaint with this letter.

The Division of Motor Vehicle Services will notify the initiator of the action that this material has reached you. Because you are now responsible for all further action on this matter, it is important that you respond as outlined on the summons so a judgement by default is not entered against you.

If this action began in the Superior Court, Law Division - Special Civil Part, you may contact the court clerk with related questions. Otherwise, you may direct inquires to the attorney for the plaintiff, who is identified on the summons and complaint.

Sincerely,

Jennie Hill, Supervisor
Service of Process Section

JH:mg
Enc:

c. EDWARD P. SHAMY JR., ESQUIRE
2300 ROUTE 27
NORTH BRUNSWICK, NEW JERSEY 08902

rc-35

On the Road to Excellence
Visit us at www.njmvc.gov
New Jersey Is An Equal Opportunity Employer



**New Jersey Motor Vehicle Commission**

STATE OF NEW JERSEY



P.O. Box 007
Trenton, New Jersey 08646-007

Jon S. Corzine
Governor

Sharon A. Harrington
Chief Administrator

Date: August 18, 2008

File No: 213031

Agustin E. Coto
12343 S.W. 110 So. Canal St.
Miami, FL. 33186

Re: MID-L-6140-08
Ann Marie Puleio
vs
Agustin E. Coto, Ana Mercedes Ortiz & J & A Trucking USA Inc.

Dear Sir/Madam:

    State Motor Vehicle law (N.J.S.A. 39:7-1 et seq.) makes the Director of Motor Vehicle Services the agent for service of process on non-residents who were involved in a motor vehicle accident or collision in New Jersey. As authorized by the Chief Administrator, I have enclosed copies of a summons and complaint with this letter.

    The Division of Motor Vehicle Services will notify the initiator of the action that this material has reached you. Because you are now responsible for all further action on this matter, it is important that you respond as outlined on the summons so a judgement by default is not entered against you.

    If this action began in the Superior Court, Law Division - Special Civil Part, you may contact the court clerk with related questions. Otherwise, you may direct inquires to the attorney for the plaintiff, who is identified on the summons and complaint.

Sincerely,

Jennie Hill, Supervisor
Service of Process Section

JH:mg
Enc:

c. EDWARD P. SHAMY JR., ESQUIRE
2300 ROUTE 27
NORTH BRUNSWICK, NEW JERSEY 08902

rc-35

On the Road to Excellence
Visit us at www.njmvc.gov
New Jersey Is An Equal Opportunity Employer