UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANN MARIE PULEIO, | : | Civil Action No.  08-4436 (MLC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | SCHEDULING ORDER IN AN |
| | : | ARBITRATION MATTER |
| AGUSTIN E. COTO, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

This matter having come before the Court during an Initial Case Management Scheduling Conference conducted on November 12, 2008, pursuant FED. R. CIV. P. 16, and Mr. Flowers appearing on behalf of Defendants; and the Court having considered the positions of the Parties; and good cause having been shown;

IT IS on this 12th day of November 2008,

ORDERED THAT:

1. This matter is subject to compulsory arbitration pursuant to General Rule 201.1.

2. In accordance with FED. R. CIV. P. 30, the Parties shall be limited to  5  depositions, per side, except upon leave of the Court.  In accordance with FED. R. CIV. P.  33, the parties will be limited to  25  interrogatories (including all subparts), per party, except upon leave of the Court.

3. In accordance with FED. R. CIV. P. 26(a)(1), each party will submit a letter, no later than [Counsel certified during the Initial Case Management Scheduling Conference conducted on November 12, 2008], to the undersigned, certifying that initial disclosure has been made.  This material will not be filed with the Clerk of the Court.

4. No later than   N/A   each party shall designate an electronic information representative knowledgeable about the respective party's automation system.

5. Any motion to join new parties, whether by amended or complaint, must be filed no later than   N/A   and made returnable on   N/A  .

6. Any motion to amend the pleadings must be filed no later than  N/A  and made returnable on  N/A .

7. Any discovery or case management disputes will be brought to the Magistrate Judge's attention immediately by conference call with local counsel. L. CIV. R. 37.1(a)(1); see also L. CIV. R. 16.1(f).

8. The Parties shall reserve their rights to file dispositive motions until after the Arbitration Process.

9. Not later than March 30, 2009, Plaintiff shall serve on Defendants copies of the expert reports.

10. Not later than April 30, 2009, Defendants shall serve on Plaintiff copies of the expert reports.

11. No expert shall testify at the time of trial as to any opinions, nor base those opinions on facts, not substantially disclosed in any report as described in the preceding paragraph.

12. Expert depositions, if any, may be conducted as late as within two weeks after the final pretrial conference.

13. Attorneys will contact Chambers if they want a settlement conference call.

14. There will be no extensions of the deadlines set forth in this order and there will be no pretrial conference before the Magistrate Judge. Counsel will receive further instructions and guidelines regarding the arbitration directly from the Clerk of the Court.

15. Counsel are invited to use the *George H. Barlow* Attorney Conference Room located on the third floor of the Courthouse Annex. The room is equipped with telephones, laptop access/printer, copier, and *fax*.

*s/ John J. Hughes*
JOHN J. HUGHES
United States Magistrate Judge

**ALL PROPOSED ORDERS SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND  E-MAILED TO: njdnef_hughes@njd.uscourts.gov.   ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**